**MINUTES [00:50]**
**January 22, 2026**
**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| FLOR IDALMA MALDONADO-DUARTE | CIVIL ACTION NO. 26-0068 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PAMELA BONDI, ET AL. | MAGISTRATE JUDGE LEBLANC |

The Court held a conference call on January 22, 2026, in the above-captioned matter. The conference was conducted via telephone. David Rozas and Nicholas Ratkowski appeared on behalf of the Petitioner Flor Idalma Maldonado-Duarte. Karen King and Numa Metoyer appeared on behalf of the Government.

The Court conferred with counsel regarding Petitioner's medical records and current state of health. For the reasons orally assigned on the record, the Court **DENIED** the Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Record Document 10).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of January, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT