# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| FLOR IDALMA MALDONADO-DUARTE | CIVIL ACTION NO. 26-0068 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PAMELA BONDI, ET AL. | MAGISTRATE JUDGE LEBLANC |

**ORDER**

Considering the foregoing Emergency Motion for Temporary Restraining Order and Preliminary Injunction filed by Petitioner Flor Idalma Maldonado-Duarte (Record Document 14),

**IT IS ORDERED** that the Motion is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 26th day of January, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT